UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK LANGHAM,<br><br>    Plaintiff,<br><br>v.<br><br>ANTONIO GRANZELLA, et al.,<br><br>    Defendants. | Case No. 23-cv-02275-HSG<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING SERVICE**<br><br>Re: Dkt. No. 14 |

    Plaintiff Malik Langham filed this action on May 10, 2023, against Defendants Antonio Granzella, Joseph Dagnino, Sean Butler, and Kenton Dewald, all employees of the California Highway Patrol. *See* Dkt. No. 1.  Plaintiff contends that Defendants conducted a traffic stop and improperly issued Plaintiff a ticket, handcuffed him, and towed his vehicle because he had a Florida rather than a California driver's license. *See id.* at ¶¶ 10–47.

    On October 2, 2023, the Court issued an order to show cause why the case should not be dismissed for failure to serve Defendants as required by Federal Rule of Civil Procedure 4(m). Dkt. No. 14.  Plaintiff responded that he has attempted to serve Defendants, and that he requests additional time to try to serve them properly.  Dkt. No. 15.  The Court understands from Plaintiff's response that the front desk clerk at the California Highway Patrol Martinez Division may have indicated he could accept service of legal documents.  However, it is not clear whether the clerk confirmed that he could accept service for the specific Defendants in this case.  And as of the date of this order, Defendants still have not appeared.

    The Court **DISCHARGES** the Order to Show Cause in light of Plaintiff's request for additional time.  The Court further **GRANTS** the request for an extension of time.  Plaintiff is **DIRECTED** to complete proper service on Defendants and file the proofs of service on the docket

by December 15, 2023.  If Plaintiff fails to complete service by December 15, the case will be dismissed without prejudice under Rule 4(m).

Plaintiff is again encouraged to seek assistance at the Legal Help Center, which provides free information and limited-scope legal assistance to pro se litigants.  More information about the Legal Help Center is provided at http://www.cand.uscourts.gov/legal-help.  Appointments may be scheduled either over the phone at (415) 782-8982 or by email at federalprobonoproject@sfbar.org.

**IT IS SO ORDERED.**

Dated:    11/9/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge

2