UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK LANGHAM,<br><br>    Plaintiff,<br><br>v.<br><br>ANTONIO GRANZELLA, et al.,<br><br>    Defendants. | Case No. 23-cv-02275-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 18, 20 |

ORDER by Hon. Haywood S. Gilliam, Jr. DIRECTING Defendants TO SHOW CAUSE why Dkt. No. [18] the motion to dismiss should not be terminated as moot in light of Dkt. No. [20] Plaintiff's amended complaint. Defendant shall file a statement of two pages or less by January 19, 2024.

**IT IS SO ORDERED.**

Dated: 1/12/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge