UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK LANGHAM,<br><br>       Plaintiff,<br><br>   v.<br><br>ANTONIO GRANZELLA, et al.,<br><br>       Defendants. | Case No.  23-cv-02275-HSG<br><br>**ORDER TERMINATING AS MOOT DEFENDANTS' MOTION TO DISMISS**<br><br>Re: Dkt. No. 18 |

ORDER by Hon. Haywood S. Gilliam, Jr. TERMINATING AS MOOT Defendants' pending motion to dismiss.  *See* Dkt. No. 18.  In light of Defendants' response to the order to show cause (Dkt. No. 22), the Court further DISCHARGES the order to show cause (Dkt. No. 21).

**IT IS SO ORDERED.**

Dated:    1/22/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge