UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALIK LANGHAM,

    Plaintiff,

v.

ANTONIO GRANZELLA, et al.,

    Defendants.

Case No. 23-cv-02275-HSG

**ORDER TO SHOW CAUSE**

Plaintiff Malik Langham initially filed this action on May 10, 2023, against Defendants Antonio Granzella, Joseph Dagnino, Sean Butler, and Kenton Dewald, all employees of the California Highway Patrol. *See* Dkt. No. 1. Following the Court's order dismissing the original complaint, Plaintiff filed an amended complaint on May 3, 2024. Dkt. No. 31. Defendants, in turn, filed a motion to dismiss the amended complaint, and Plaintiff's opposition was due by June 3, 2024. Dkt. No. 32. As of the date of this order, however, Plaintiff has failed to file anything in response to the motion. Accordingly, the Court **ORDERS** Plaintiff **TO SHOW CAUSE** why the motion to dismiss should not be granted and the case dismissed for failure to oppose the motion, or in the alternative for failure to prosecute. Plaintiff shall file a statement of two pages or less by July 8, 2024. Plaintiff is cautioned that if he fails to respond to this order by July 8, the case may be dismissed in its entirety.

//
//
//
//
//

The Court further **VACATES** the June 27 hearing on the motion to dismiss. The Court will reset the hearing if necessary once Plaintiff has responded to this order to show cause.

**IT IS SO ORDERED.**

Dated:  6/10/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge